UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-1495 PSG (PJWx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | *American General Life Ins. Co. v. Noune Serobian, et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy K. Hernandez | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings:**   (In Chambers) Order Continuing Status Conference and Order to Show Cause

On May 7, 2013, the Court set a scheduling conference for this case on September 9, 2013.  *See* Dkt. # 16.  The Court reminded the parties that, pursuant to Federal Rule of Civil Procedure 26(f) and the Local Rules of this Court, they were required to meet and confer regarding a discovery plan, and to file a joint statement with the Court no later than seven days prior to the scheduling conference.  *See id.*  The Court also reminded that parties that a failure to comply could result in the imposition of sanctions.  *See id.*

On September 9, 2013, the Court attempted to hold a scheduling conference.  However, H. Jason Cohen, counsel for Defendant and Cross-Claimant Noune Serobian ("Serobian"), did not appear.  Further, according to the Rule 26(f) statement filed by opposing counsel, Mr. Cohen did not participate in the required Rule 26(f) meet and confer process.  *See* Dkt. # 45.

The scheduling conference in this case is CONTINUED to **September 16, 2013**.  Mr. Cohen is specifically ordered to appear.

Mr. Cohen is ORDERED TO SHOW CAUSE no later than the September 16 conference: (1) why the Court should not impose monetary sanctions for his failure to appear and failure to properly meet and confer; and (2) why the Court should not dismiss Serobian's cross-claim as a sanction.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 13-1495 PSG (PJWx) | Date | September 9, 2013 |
|---|---|---|---|
| Title | *American General Life Ins. Co. v. Noune Serobian, et al.* | | |

     Further, Mr. Cohen is ORDERED TO SHOW CAUSE no later than the September 16 conference why Serobian's motion to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(5), *see* Dkt. # 42, is not moot, given that Serobian was re-served with Defendant and Cross-Claimant Knarik Markaryan's Cross-Complaint on August 25, 2013, *see* Dkt. # 44.

     **IT IS SO ORDERED.**